STATE RHODE ISLAND AND PROVIDENCE PLA TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-3358 MICHAEL BIERNAT V THOMAS RYAN

Filing Date: 06-22-2006
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY-VEHICLE
Status Date: 06-22-2006

Plaintiff: MICHAEL BIERNAT
ID: @10847533

Attorney: ROBERT TESTA

Defendant: THOMAS RYAN
ID: @10847534
Defendant: NATIONAL RAILROAD PASSENGER CORP
ID: @10847535
Defendant: AMTRAK
ID: @10847536

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-22-2006 | COMPLAINT FILED | |
| 06-22-2006 | INITIAL FILING FEE | |
| 06-22-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP228763. |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC. SUPERIOR COURT

MICHAEL BIERNAT

VS. C.A. NO.: 06-3358

THOMAS P. RYAN and NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK

FILED HENRY S. KINCH JR., CLERK
2006 JUN 22 P 2:06

# COMPLAINT

1. Plaintiff, Michael Biernat, is an adult individual currently residing in the Town of Milford, Commonwealth of Massachusetts.

2. Defendant, Thomas P. Ryan, is an adult individual and upon information and belief is a resident of the City of Pawtucket, County of Providence, State of Rhode Island.

3. Defendant, National Railroad Passenger Corporation, is a corporation with its principal place of business located in Washington, DC.

4. On or about December 17, 2003, Plaintiff was the operator of a certain motor vehicle proceeding upon Route 95 North, a public highway, located in the City of Pawtucket, County of Providence, State of Rhode Island.

5. On the same date aforementioned, Defendant, Thomas P. Ryan, operating a motor vehicle owned and registered in the name of Defendant, National Railroad Passenger Corporation, caused his vehicle to come into a rear end collision with Plaintiff's vehicle.

6. At all times mentioned herein, Plaintiff was in the exercise of due care and in compliance with the law.

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COUNT I**

Plaintiff, Michael Biernat, hereby incorporates by reference paragraphs one through six hereof as though the same were set forth fully and at length.

7. On December 17, 2003, Thomas P. Ryan, was operating a vehicle owned by Defendant, National Railroad Passenger Corporation, with its permission and consent.

8. On the same date, Thomas P. Ryan, negligently operated said motor vehicle so as to cause it to come into collision with that vehicle being operated by Plaintiff.

9. As a result of the Defendant, Thomas P. Ryan's negligence, the Plaintiff was caused to sustain injuries, some of which are permanent in nature, endured pain and suffering, will continue to endure pain and suffering, was rendered sick, sore, lame and disabled, and has been impaired in his daily living activities. As a consequence of those injuries, the Plaintiff has been compelled to expend large sums of money in endeavoring to treat said injuries.

WHEREFORE, Plaintiff demands judgment against the Defendant, Thomas P. Ryan, in an amount sufficient to invoke the jurisdiction of this court together with interest and costs.

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

## COUNT II

Plaintiff, Michael Biernat, hereby incorporates by reference paragraphs one through nine hereof as though the same were set forth fully and at length.

10. On the same date aforementioned, National Railroad Passenger Corporation, did lend, lease or otherwise entrust the care of its motor vehicle to Defendant, Thomas P. Ryan.

11. Defendant, Thomas P. Ryan negligently operated said motor vehicle so as to cause it to come into a rear-end collision with Plaintiff's vehicle.

12. As a result of the Defendant, National Railroad Passenger Corporation's negligence, the Plaintiff was caused to sustain injuries, some of which are permanent in nature, endured pain and suffering, will continue to endure pain and suffering, was rendered sick, sore, lame and disabled, and has been impaired in his daily living activities. As a consequence of those injuries, the Plaintiff has been compelled to expend large sums of money in endeavoring to treat said injuries.

WHEREFORE, Plaintiff demands judgment against the Defendant, National Railroad Passenger Corporation, in an amount sufficient to invoke the jurisdiction of this court together with interest and costs.

## COUNT III

Plaintiff, Michael Biernat, hereby incorporates by reference paragraphs one through twelve hereof as though the same were set forth fully and at length.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

13. As a direct and proximate result of Defendants negligence, the Plaintiff was caused to sustain injuries, some of which are permanent in nature, endured pain and suffering, will continue to endure pain and suffering, was rendered sick, sore, lame and disabled, and has been impaired in his daily living activities. As a consequence of those injuries, the Plaintiff has been compelled to expend large sums of money in endeavoring to treat said injuries.

WHEREFORE, Plaintiff demands judgment against the Defendants, Thomas P. Ryan and National Railroad Passenger Corporation, in an amount sufficient to invoke the jurisdiction of this court together with interest and costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS AND DESIGNATES ROBERT TESTA, ESQUIRE AS TRIAL COUNSEL**

Plaintiff, Michael Biernat
By his attorney

Robert Testa, Esquire (#1815)
D'Amico & Testa
194 Waterman Street
Providence, RI 02906
401.273.4400
401.331.5712 (Facsimile)

Dated: June 16, 2006

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# STATE OF RHODE ISLAND
## SUPERIOR COURT
## CIVIL CASE COVER SHEET

CASE # PC-06-3358

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| | |
|---|---|
| Michael Biernat<br>PLAINTIFF ID# | Thomas P. Ryan and National Railroad Passenger Corp. d/b/a Amtrak<br>DEFENDANT ID# |

NATURE OF PROCEEDING - CHECK ONE APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

**CIVIL ACTION**

| | | |
|---|---|---|
| ( ) AA AGENCY APPEAL | ( ) EX EXCESSIVE TAX | ( ) PR PARTITION |
| ( ) AB ASSAULT & BATTERY | ( ) FF FORFEITURE | ( ) RC REINSTATE CHARTER |
| ( ) AE ASBESTOS CASES | ( ) FG FOREIGN JUDGMENT | ( ) PT PROMISSARY NOTE |
| ( ) AI ANTI-TRUST | ( ) FS FRIENDLY SUIT | ( ) RY REAL PROPERTY |
| ( ) BA BOOK ACCOUNT | ( ) ID PER INJURY/PROP DAM/VEH | ( ) SA SEXUAL ABUSE |
| ( ) BP BILL OF RIGHTS-POLICE OFF | ( ) IJ INJUNCTIVE RELIEF | ( ) SF SPECIFIC PERFORMANCE |
| ( ) CH CIVIL RIGHTS/JOB DISCRIM | ( ) IP INTERPLEADER | ( ) SX SEXUAL HARASSMENT |
| ( ) CI CRIMINAL INJURY COMP | ( ) LC LEAD CASE | ( ) TD CONTRACT DAMAGES |
| ( ) CL COMMON LAW ASSIGNMENT | ( ) LS LIBEL/SLANDER | ( ) TE TRESPASS & EJECTMENT |
| ( ) CM COMMON LAW LIEN | ( ) ME MALPRACTICE/LEGAL | ( ) TO TITLE CLEARING |
| ( ) CS CONVERSION | ( ) MM MALPRACTICE/MEDICAL | ( ) TV TRUSTEE/APPT CONVEY TITLE |
| ( ) CV CRIMINAL CONVERSION | ( ) MO MALPRACTICE/OTHER | ( ) TG TRUSTEE/ACCOUNTING |
| ( ) CH CIVIL RIGHTS/JOB DISCRIMIN | ( ) OV OTHER CIVIL ACTION | ( ) UM UNINSURED MOTORIST |
| ( ) DJ DECLARATORY JUDGMENT | ( ) PB PROPERTY DAMAGES | ( ) WM WRIT OF MANDAMUS |
| ( ) DG RECOVERY OF DAMAGES | ( ) PG PROPERTY DAMAGES/VEH | ( ) WR WRIT OF REPLEVIN |
| ( ) DB DEBT ON JUDGMENT | ( ) PI PERSONAL INJURY | ( ) WD WRONGFUL DEATH |
| ( ) DD DECEPTIVE TRADE PRACTICE | (✓) PJ PERSONAL INJURY/VEHICLE | |
| ( ) DN DENIAL OF PROBATE CLAIM | ( ) PL PRODUCT LIABILITY | |

**MISCELLANEOUS PETITION**

| | | |
|---|---|---|
| ( ) AC ARBITRATION/CONFIRM | ( ) GJ GRAND JURY INVESTIGATION | ( ) PX PETITION TO EXPUNGE |
| ( ) AD ARBITRATION AWARD | ( ) HC HABEAS CORPUS | ( ) PY PETITION INVENT (WIRE TAP) |
| ( ) AS ASSESSMENT OF DAMAGES | ( ) LN LEVEL COMMUN NOTIFICATION | ( ) RB ARBITRATION REFERRAL |
| ( ) CE CONDEMNATION | ( ) ML MECHANICS LIEN | ( ) RP RULE 5A PETITION |
| ( ) CN CONFIRM COMPROMISE | ( ) MW MATERIAL WITNESS | ( ) RV RECEIVERSHIP |
| ( ) CP CONTEMPT | ( ) OM OTHER MISC PETITION | ( ) SO SEXUAL VIOLENT PREDATOR |
| ( ) DI DISCLAIMER | ( ) OW OUT OF STATE WITNESS | ( ) TA APPOINTMENT OF TRUSTEE |
| ( ) DS DISSOLUTION OF CORP | ( ) PC POST CONVICTION RELIEF | ( ) TC TITLE CLEARING (TAX TITLE) |
| ( ) DT DECLINATION OF TRUSTEE | ( ) PD PETITION TO TAKE DEPO | ( ) TL FORECLOSURE/TAX LIEN |
| ( ) EN END PARTNERSHIP | ( ) PM PETITION FOR IMMUNITY | ( ) TS TRUSTEE SUCCESSOR |
| ( ) FC FORFEITURE OF CHARTER | ( ) PO PETITION FOR CONSTABLE | ( ) VC VACATE ARBITRATION |
| ( ) FL FORECLOSURE RIGHTS REDEM | ( ) PS PERFORM SURGERY | |

**PROBATE APPEAL**

| | | |
|---|---|---|
| ( ) GD GUARDIANSHIP | ( ) OA OTHER PROBATE APPEAL | ( ) WL WILL |
| ( ) NC NAME CHANGE | ( ) TU TRUST | |

**DISTRICT COURT APPEAL**

( ) DISTRICT COURT APPEAL

TRIAL (✓) YES ( ) NO IF YES: (✓) JURY ( ) NON-JURY

ATTORNEY NAME & REGISTRATION#
PRO SE/NAME: Robert Testa Esq #1815 DATE: ~~TODAY~~ 6-22-06

(REV05-05)

SUPERIOR COURT FILED HENRY S. KINCH JR., CLERK 2006 JUN 22 P 2: 0x

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[✓] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 06-3358

MICHAEL BIERNAT

Plaintiff

THOMAS P. RYAN AND NATIONAL RAILROAD PASSENGER CORP., d/b/a AMTRAK

Defendant

***Summons***

*To the above-named Defendant:* National Railroad/AMTRAK, 60 Mass. Avenue. NE, Washington, DC

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Robert Testa, Esq. Plaintiff's attorney, whose address is 194 Waterman Street, Providence, RI 02906 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

/s/ Henry S. Kinch, Jr.

CLERK

Dated: June 23, 2006

(Seal of the Superior Court)

RECEIVED
Amtrak
JUN 27 2006
2006-00423
ALICIA M. SERFATY
GENERAL COUNSEL AND
CORPORATE SECRETARY