**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL BIERNAT** | : | **CIVIL ACTION NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS P. RYAN AND NATIONAL RAILROAD PASSENGER CORP., d/b/a AMTRAK** | : | CA 06 319 |

**DEFENDANT, NATIONAL RAILROAD PASSENGER CORP., d/b/a AMTRAK'S LOCAL RULE 81 STATEMENT**

Pursuant to Local Rule 81 of the United States District Court for the District of Rhode Island, attached as Exhibit A are certified copies of all the filings in the matter of Michael Biernat v. Thomas P. Ryan and National Railroad Passenger Corporation in the docket of the Superior Court of the State of Rhode Island for Providence.

Dated July 14, 2006

Defendant,
NATIONAL RAILROAD PASSENGER CORP., d/b/a AMTRAK,
By and Through Its Attorneys,

Paul E. Dwyer, Jr. Esq. (#3956)
Amy Vignali Coleman, Esq. (#5319)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903-2499
Phone: (401) 274-9200
Fax: (401) 276-6611

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of July, 2006, I served a copy of the within document by causing a copy to be sent via First Class U.S. Mail, postage pre-paid to the counsel of record in the above-named matter.

TO: Robert Testa, Esquire
D'Amico & Testa, P.C.
194 Waterman Street
Providence, RI 02906

Amy Vignali Coleman