**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL BIERNAT** | : | |
| | : | |
| **v.** | : | **C.A. No.: 06 – 319T** |
| | : | |
| **THOMAS P. RYAN AND NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK** | : | |

**STIPULATION OF DISMISSAL**

Now come the parties to the above matter who hereby stipulate and agree that this action may be dismissed as to all defendants, with prejudice, and without costs or fees

Plaintiff
MICHAEL BIERNAT

By and Through ~~His~~ Attorneys,

Robert Testa, Esquire
D'Amico & Testa, P.C.
194 Waterman Street
Providence, RI 02906
(401) 273-4400

Dated: Sept 12, 2006

Defendants,
THOMAS P. RYAN AND
NATIONAL RAILROAD
PASSENGER CORP.
By and Through Their Attorneys,

Paul E. Dwyer, Jr.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Dated: September 8, 2006

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE

_833365_1.DOC/